Gary W. Osborne (Bar No. 145734)
Dominic S. Nesbitt (Bar No. 146590)
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com

Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendant. | CASE NO. 3:20-cv-02950-CRB<br><br>Assigned to: Honorable Charles R. Breyer<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOTTSDALE'S DEFENSE OBLIGATION**<br><br>Date: April 29, 2021<br>Time: 10:00 a.m.<br>CTRM: 6 |

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Scottsdale 2013-2014 Policy | 001-051 |
| B | Scottsdale 2016-2017 Policy | 052-097 |
| C | Complaint in the Underlying Shareholder Lawsuit, filed on May 12, 2017 | 098-117 |
| D | Tender to Scottsdale dated June 2, 2017 | 118-119 |
| E | Denial Letter from Scottsdale dated July 27, 2017 | 120-127 |
| F | Complaint in Stem v. Scottsdale, filed on April 29, 2020 | 128-139 |

| | | |
|---|---|---|
| G | Judge Breyer's Order filed on July 20, 2020 | 140-154 |
| H | Letter from Grimm to Rosales dated November 17, 2010 | 155 |
| I | Letter from Reineccius to Thompson dated January 19, 2011 | 156-158 |
| J | Demand for Arbitration dated February 8, 2011 | 159-177 |
| K | Arbitration Statement of Claims dated March 14, 2011 | 178-253 |
| L | Settlement Agreement dated March 28, 2011 | 254-274 |
| M | 2011 Application dated September 13, 2011 | 275-279 |
| N | List of Scottsdale Policies dated July 18, 2019 | 280 |
| O | Letter from Grimm to Carrington dated December 31, 2013 | 281-284 |
| P | Complaint in Delaware Action filed on February 5, 2014 | 285-307 |
| Q | Master in Chancery's Final Report dated October 13, 2014 | 308-311 |
| R | Stem Notice of Circumstances dated October 17, 2014 | 312 |
| S | Scottsdale Response, dated January 23, 2015, to Stem's Notice of Circumstances | 313-317 |
| T | Black's Law Dictionary Definition of "Demand Letter," 10th edition 2014 | 318-321 |
| U | Scottsdale's Responses, dated September 18, 2020, to Stem's Special Interrogatories, Set 1 | 322-358 |
| V | E-Risk Application - 2014 version | 359-378 |
| W | Excerpts of the deposition of David Buzby, taken by Scottsdale on February 9, 2021 | 379-386 |

DATED: March 25, 2021             OSBORNE & NESBITT LLP

By: __/s/ Gary W. Osborne__
Gary W. Osborne
Attorney for Plaintiff, STEM, INC.