DocuSign Envelope ID: 1B1DDABF-961C-42FF-B193-CA3AA8DC9AC8

**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com
Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, <br><br> Defendant. | CASE NO. 3:20-cv-02950-CRB <br><br> **DECLARATION OF BILL BUSH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOTTSDALE'S DEFENSE OBLIGATION** <br><br> Date: April 29, 2021 <br> Time: 10:00 a.m. <br> CTRM: 6 |

I, Bill Bush, declare as follows:

1. I am the Chief Financial Officer ("CFO") of Stem, Inc. ("Stem"). I have served as Stem's CFO since 2016. I submit this declaration in support of Stem's Motion for Partial Summary Judgment.

2. My duties as Stem's CFO have included the following: to handle the procurement of insurance policies; to work with our insurance broker to provide Stem's liability insurers with notices of claims; and when necessary, to communicate with Stem's liability insurers about such claims.

DECLARATION OF BILL BUSH IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT – 3:20-CV-02950-CRB
1

3. On May 12, 2017, four of Stem's shareholders (*i.e.*, Stacey Reineccius, Richard Grimm, Gregory Klingsporn and Brenda Berlin) filed a lawsuit in the San Mateo Superior Court entitled *Stacey Reineccius, et al. v. Zeb Rice, et al.*, and assigned Case No. 17CIV02098 (the "2017 Shareholder Lawsuit").

4. On June 2, 2017, Stem tendered the 2017 Shareholder Lawsuit to Scottsdale, seeking a defense for three Stem directors (*i.e.*, Zeb Rice, John Carrington and David Buzby) who were named therein as defendants. A true and correct copy of the June 2, 2017 email from Stem's broker at the time, to Scottsdale, tendering the above-referenced original complaint, is attached to the separately bound exhibits as Exhibit "D."

5. I received a letter from Aaron Klass, on behalf of Scottsdale, dated July 27, 2017, denying that Scottsdale owed any defense obligation related to the 2017 Shareholder Lawsuit. A true and correct copy of Mr. Klass's July 27, 2017 denial letter to me is attached to the separately bound exhibits as Exhibit "E."

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

DATED: March 25, 2021

*Bill Bush*
Bill Bush

DECLARATION OF BILL BUSH IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT – 3:20-cv-02950-CRB
2