DocuSign Envelope ID: CAF85BED-46B6-4779-B0ED-99BB76D3E07C

**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com
Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendant. | CASE NO. 3:20-cv-02950-CRB<br><br>**DECLARATION OF DAVID BUZBY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOTTSDALE'S DEFENSE OBLIGATION**<br><br>Date: April 29, 2021<br>Time: 10:00 a.m.<br>CTRM: 6 |

I, David Buzby, declare as follows:

1. I am a member of Stem, Inc.'s ("Stem's") board of directors. I have served as a member of Stem's board of directors continuously since April 2010. I submit this declaration in support of Stem's Motion for Partial Summary Judgment.

2. In November 2013, the Angeleno Group agreed to step in and serve as the lead investor in a "Series B Financing." However, the Angeleno Group insisted on a 100:1 pull forward exchange (the "Pull Forward Provision"), which is

DECLARATION OF DAVID BUZBY IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT – 3:20-cv-02950-CRB
1

common in venture capital financings, to incentivize other Stem investors to participate in the Series B Financing.

3. The Pull Forward Provision worked as follows: if a Stem investor participated in the Series B Financing at the threshold amount of 67% of their pro rata ownership percentage, then that shareholder would receive 100 shares of Stem stock in exchange for each one of their existing shares. If, on the other hand, a shareholder chose not to participate in the Series B Financing at the threshold level, then their interest in the company would be diluted.

4. On November 14, 2013, the Stem board of directors voted 3-0 in favor of accepting the Series B Financing on the terms offered by the Angeleno Group, including the required Pull Forward Provision.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

DATED: March 25, 2021

*David Buzby*
David Buzby