DocuSign Envelope ID: 062D38A6-0770-4001-8079-5BC980930353

**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com
Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEM, INC., a Delaware Corporation, Plaintiff, vs. SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, Defendant. | CASE NO. 3:20-cv-02950-CRB<br><br>**DECLARATION OF JOHN CARRINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOTTSDALE'S DEFENSE OBLIGATION**<br><br>Date: April 29, 2021<br>Time: 10:00 a.m.<br>CTRM: 6 |
|---|---|

I, John Carrington, declare as follows:

1. I am the Chief Executive Officer ("CEO") of Stem, Inc. ("Stem"). I have served as Stem's CEO, and as a member of Stem's board of directors, since December 2013. I submit this declaration in support of Stem's Motion for Partial Summary Judgment.

2. In November and December 2013, the Angeleno Group served as the lead investor in a "Series B Financing."

3. All Stem shareholders were offered a chance to participate in the Series B Financing.

DocuSign Envelope ID: 062D38A6-0770-4001-8079-5BC980930353

4. A few weeks later, I received a letter from Richard Grimm dated December 31, 2013, seeking information from Stem that would allow him to plead particularized facts if he were to pursue litigation against the company, or any of its officers or board members, *in connection with the Series B Financing* (the "Grimm Letter"). A true and correct copy of the Grimm Letter is attached to the separately bound exhibits as Exhibit "O."

5. In response, Stem offered to provide certain documents under a confidentiality agreement, but Mr. Grimm did not accept this offer.

6. Instead, on February 5, 2014, Mr. Grimm filed a lawsuit against Stem in the Delaware Court of Chancery seeking an order requiring Stem to produce the documents he had requested. A true and correct copy of the Complaint filed by Mr. Grimm against Stem in the Delaware Court of Chancery on February 5, 2014 is attached to the separately bound exhibits as Exhibit "P."

7. Mr. Grimm subsequently filed a motion for summary judgment asking the court to order Stem to produce documents. At a hearing held on August 14, 2014, the Master in Chancery made a recommendation that Stem produce some documents, but not others.

8. Mr. Grimm filed an exception asking the Master to include in the recommendations a finding that he stated a proper purpose for his inspection demand. On October 13, 2014, the assigned Master in Chancery issued a "Final Report" which rejected Mr. Grimm's requested finding. A true and correct copy of the Master in Chancery's "Final Report," dated October 13, 2014, is attached to the separately bound exhibits as Exhibit "Q."

9. On May 12, 2017, four of Stem's shareholders (*i.e.*, Stacey Reineccius, Richard Grimm, Gregory Klingsporn and Brenda Berlin) filed a lawsuit in the San Mateo Superior Court entitled *Stacey Reineccius, et al. v. Zeb Rice, et al.*, and assigned Case No. 17CIV02098 (the "2017 Shareholder Lawsuit").

DocuSign Envelope ID: 062D38A6-0770-4001-8079-5BC980930353

A true and correct copy of the original complaint in the 2017 Shareholder Lawsuit is attached to the separately bound exhibits as Exhibit "C."

10. Stem is not named as a defendant in the 2017 Shareholder Lawsuit. Among the five named defendants in the original complaint, however, three were, at the time, officers and/or directors of Stem, namely Zeb Rice, David Buzby and myself.

11. The 2017 Shareholder Lawsuit is still being litigated as of the date of this declaration.

12. In August 2019, Stem settled with two of the four plaintiffs, *i.e.*, Stacey Reineccius and Brenda Berlin.

13. In December 2019, the remaining two plaintiffs (*i.e.*, Mr. Grimm and Mr. Klingsporn) filed a First Amended Complaint ("FAC"). And on October 30, 2020, they filed a Second Amended Complaint ("SAC"). Both the FAC and SAC assert claims based on the 2013 Series B Financing and a January 2017 loan to Stem from David Buzby.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

DATED: March 25, 2021

*John Carrington*
John Carrington

DECLARATION OF JOHN CARRINGTON IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT – 3:20-CV-02950-CRB
3