Gary W. Osborne (Bar No. 145734)
Dominic S. Nesbitt (Bar No. 146590)
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com

Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation, Plaintiff, vs. SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, Defendant. | CASE NO. 3:20-cv-02950-CRB<br><br>Assigned to Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOTTSDALE INSURANCE COMPANY'S DEFENSE OBLIGATIONS**<br><br>Date: April 29, 2021<br>Time: 10:00 a.m.<br>CTRM: 6 |

The Court having considered the papers submitted in support of and in opposition to Plaintiff's motion for partial summary judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED that Stem's motion for partial summary judgment is GRANTED. The Court finds that Scottsdale Insurance Company has breached its defense obligations owed to the directors of Stem, *i.e.*, Messrs. Zeb Rice, John Carrington and David Buzby, who are named as defendants in the 2017 Shareholder Lawsuit. The

/ / /

/ / /

Court further finds that Scottsdale has breached its defense obligations under both the 2013-2014 Policy and the 2016-2017 Policy.

DATED: April __, 2021

_____
CHARLES R. BREYER, JUDGE