1  **Gary W. Osborne (Bar No. 145734)**
2  **Dominic S. Nesbitt (Bar No. 146590)**
   OSBORNE & NESBITT LLP
3  101 West Broadway, Suite 1330
   San Diego, California 92101
4  Phone: (619) 557-0343
   Fax: (619) 557-0107
5  gosborne@onlawllp.com
   dnesbitt@onlawllp.com

6  Attorneys for Plaintiff, STEM, INC.

8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation, | CASE NO. 3:20-cv-02950-CRB |
| Plaintiff, | Assigned to Honorable Charles R. Breyer |
| vs. | **PLAINTIFF STEM, INC.'S EXHIBIT LIST** |
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, | PRETRIAL CONFERENCE<br>Date:   May 27, 2021<br>Time:   2:00 p.m.<br>CTRM:  6 |
| Defendant. | TRIAL<br>Date:   June 14, 2021<br>Time:   9:15 a.m.<br>CTRM:  6 |

22     Plainiff Stem, Inc. ("Stem") submits the following list of exhibits pursuant to this
23  Court's Guidelines for Civil Jury Trials and FRCP 26(a)(3)(A)(iii):
24  / / /
25  / / /
26  / / /
27  / / /
28

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 1 | Scottsdale's 2013-2014 Policy | Contract terms | Scottsdale Produced |
| 2 | Scottsdale's 2016-2017 Policy | Contract terms | Scottsdale Produced |
| 3 | Reineccius Employment Agreement dated March 17, 2009 | Background | Brian Thompson |
| 4 | Restricted Stock Purchase Agreement dated March 17, 2009 | Background | Brian Thompson |
| 5 | Reineccius Employment Agreement dated April 14, 2010 | Background | Brian Thompson |
| 6 | Letter to Buzby RE Board Member dated April 14, 2010 | Background | Brian Thompson |
| 7 | Restricted Stock Purchase Agreement dated April 21, 2010 | Background | Brian Thompson |
| 8 | Email from Rice to Thompson dated September 10, 2010 | Background | Brian Thompson |
| 9 | Board Minutes dated September 20 and 22, 2010 | Background | Brian Thompson |
| 10 | Letter from Thompson to Reinceccius dated Sept. 22, 2010 | Background | Brian Thompson |
| 11 | Letter from Powergetics to Reinceccius dated Sept. 27, 2010 | Background | Brian Thompson |
| 12 | [Intentionally left blank] | | |
| 13 | Letter to Powergetics Sharholders dated October | Background | Brian Thompson |
| 14 | [Intentionally left blank] | | |
| 15 | [Intentionally left blank] | | |
| 16 | [Intentionally left blank] | | |
| 17 | [Intentionally left blank] | | |
| 18 | [Intentionally left blank] | | |
| 19 | [Intentionally left blank] | | |
| 20 | Board Minutes dated February 17, 2011 | Background | Brian Thompson |
| 21 | Board Minutes dated March 7, 2011 | Background | Brian Thompson |
| 22 | [Intentionally left blank] | | |
| 23 | Settlement Agreement dated March 28, 2011 | Background | Brian Thompson |
| 24 | [Intentionally left blank] | | |
| 25 | [Intentionally left blank] | | |
| 26 | [Intentionally left blank] | | |
| 27 | Stem Board Minutes dated Sept. 1, 2010 | Background | Brian Thompson |
| 28 | [Intentionally left blank] | | |
| 29 | [Intentionally left blank] | | |
| 30 | [Intentionally left blank] | | |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 31 | Email from Thomson dated September 8, 2011 | Background | Brian Thompson |
| 32 | [Intentionally left blank] | | |
| 33 | [Intentionally left blank] | | |
| 34 | [Intentionally left blank] | | |
| 35 | [Intentionally left blank] | | |
| 36 | [Intentionally left blank] | | |
| 37 | [Intentionally left blank] | | |
| 38 | [Intentionally left blank] | | |
| 39 | [Intentionally left blank] | | |
| 40 | Letter to Shareholders dated December 16, 2013 | Series B Financing | John Carrington |
| 41 | Stockholder Information Sheet dated Dec. 16, 2013 | Series B Financing | John Carrington |
| 42 | Letter from Richard Grimm to Stem, Inc. dated December 31, 2013 | Series B Financing | John Carrington |
| 43 | Complaint in the Delaware Lawsuit, filed on Feb. 5, 2014 | Series B Financing | John Carrington |
| 44 | Master in Chancery's "Final Report" dated October 13, 2014 | Series B Financing | John Carrington |
| 45 | Email from Woodruff Sawyer to Scottsdale dated Oct. 17, 2014 | Notice of Circumstances ("NOC") | John Carrington |
| 46 | Letter from Michael Walder of Freedom Specialty to Joe Matamoros of Stem, Inc. dated January 23, 2015 | Scottsdale acknowledges NOC | John Carrington |
| 47 | Secured Promissory Note signed by Carrington | 2017 Buzby Loan | John Carrington |
| 48 | Security Agreement signed by Carrington | 2017 Buzby Loan | John Carrington |
| 49 | Stock Warrant signed by Carrington | 2017 Buzby Loan | John Carrington |
| 50 | Security Agreement signed by Buzby | 2017 Buzby Loan | John Carrington |
| 51 | Stock Warrant Signed by Buzby | 2017 Buzby Loan | John Carrington |
| 52 | Complaint in the 2017 Shareholder Lawsuit, filed on May 12, 2017 | Underlying Action | John Carrington |
| 53 | Email from ABD Insurance to Scottsdale dated June 2, 2017 | Tender to Scottsdale | Bill Bush |
| 54 | Claim Notes from Scottsdale Claim File | Bad Faith | Aaron Klass |
| 55 | Letter from Aaron Klass to Bill Bush dated July 27, 2017 | Denial Letter | Bill Bush |
| 56 | [Intentionally left blank] | | |
| 57 | [Intentionally left blank] | | |
| 58 | Petition to Compel Arbitration | Bad Faith | John Carrington |
| 59 | Declaration of David A. McCarthy dated October 20, 2017 | Bad Faith | John Carrington |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 60 | Declaration of John Carrington dated October 2017 | Bad Faith | John Carrington |
| 61 | Opp. to Petition to Compel Arbitration, filed on Nov. 17, 2017 | Bad Faith | John Carrington |
| 62 | Order Compelling Arbitration, dated April 26, 2018 | Background | John Carrington |
| 63 | AAA Response of Carrington and Buzby dated August 17, 2018 | Background | John Carrington |
| 64 | Email from Jim Gross to Bill Bush dated January 18, 2019 | Contract Damages | Bill Bush |
| 65 | Share Valuation Report dated January 31, 2019 | Contract Damages | Bill Bush |
| 66 | AAA MSJ by Rice, dated July 10, 2019 | Bad Faith | Judicial Notice |
| 67 | Berlin Settlement Agreement dated August 7, 2019 | Contract Damages | John Carrington |
| 68 | Berlin Stock Repurchase Agreement dated August 7, 2019 | Contract Damages | John Carrington |
| 69 | Reineccius Settlement Agreement dated August 7, 2019 | Contract Damages | John Carrington |
| 70 | Reineccius Stock Repurchase Agreement dated August 7, 2019 | Contract Damages | John Carrington |
| 71 | Stem Wire to Brenda Berlin dated August 26, 2019 | Contract Damages | John Carrington |
| 72 | Stem Wire to Stacy Reineccius dated August 26, 2019 | Contract Damages | John Carrington |
| 73 | First Amended Complaint, filed on Dec. 13, 2019 | Background | Judicial Notice |
| 74 | Angeleno Invoice to Stem dated January 24, 2020 - REDACTED | Contract Damages | Bill Bush |
| 75 | Stem Wire Transfer, dated Feb. 3, 2020 - REDACTED | Contract Damages | Bill Bush |
| 76 | Complaint in this Coverage Action, filed on April 29, 2020 | Background | Judicial Notice |
| 77 | Judge Breyer Order Denying Motion to Dismiss, filed July 20, 2020 | Bad Faith | Judicial Notice |
| 78 | [Intentionally left blank] | | |
| 79 | [Intentionally left blank] | | |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 80 | Scottsdales' Answer | Background | Judicial Notice |
| 81 | Scottsdale Responses to Stem Rogs, Set 1. | Bad Faith | Scottsdale Produced |
| 82 | [Intentionally left blank] | | |
| 83 | [Intentionally left blank] | | |
| 84 | [Intentionally left blank] | | |
| 85 | Email from Gaskin to Rice, attaching letter from Gaskin to Rice dated Sept. 9, 2011 | Background | Brian Thompson |
| 86 | Scottadale Claim Manual | Bad Faith | Scottsdale Produced |
| 87 | Renewal Applications for Scottsdale Policies | Bad Faith | Bill Bush |
| 88 | [Intentionally left blank] | | |
| 89 | [Intentionally left blank] | | |
| 90 | [Intentionally left blank] | | |
| 91 | [Intentionally left blank] | | |
| 92 | [Intentionally left blank] | | |
| 93 | [Intentionally left blank] | | |
| 94 | [Intentionally left blank] | | |
| 95 | [Intentionally left blank] | | |
| 96 | [Intentionally left blank] | | |
| 97 | [Intentionally left blank] | | |
| 98 | [Intentionally left blank] | | |
| 99 | [Intentionally left blank] | | |
| 100 | **Scottsdale Claim File** | Bad Faith | Scottsdale Produced |
| 101 | **Scottsdale Underwriting File** | Bad Faith | Scottsdale Produced |
| 102 | Scottsdale 2014-2015 Policy | Bad Faith | Scottsdale Produced |
| 103 | Scottsdale 2015-2016 Policy | Bad Faith | Scottsdale Produced |
| 104 | Scottsdale 2017-2018 Policy | Bad Faith | Scottsdale Produced |
| 105 | Scottsdale 2018-2019 Policy | Bad Faith | Scottsdale Produced |
| 106 | Pleadings filed in connection with Scottsdale's Motion to Dismiss | Bad Faith | Judicial Notice |
| 107 | Pleadings filed in connection with Scottsdale's Motion for Summary Judgment | Bad Faith | Judicial Notice |
| 108 | Pleadings filed in connection with Stem's Motion for Partial Summary Judgment | Bad Faith | Judicial Notice |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 109 | [Intentionally left blank] | | |
| 110 | [Intentionally left blank] | | |
| 111 | [Intentionally left blank] | | |
| 112 | [Intentionally left blank] | | |
| 113 | [Intentionally left blank] | | |
| 114 | [Intentionally left blank] | | |
| 115 | [Intentionally left blank] | | |
| 116 | [Intentionally left blank] | | |
| 117 | [Intentionally left blank] | | |
| 118 | [Intentionally left blank] | | |
| 119 | [Intentionally left blank] | | |
| 120 | [Intentionally left blank] | | |
| 121 | [Intentionally left blank] | | |
| 122 | [Intentionally left blank] | | |
| 123 | [Intentionally left blank] | | |
| 124 | [Intentionally left blank] | | |
| 125 | [Intentionally left blank] | | |
| 126 | [Intentionally left blank] | | |
| 127 | [Intentionally left blank] | | |
| 128 | [Intentionally left blank] | | |
| 129 | [Intentionally left blank] | | |
| 130 | [Intentionally left blank] | | |
| 131 | [Intentionally left blank] | | |
| 132 | [Intentionally left blank] | | |
| 133 | [Intentionally left blank] | | |
| 134 | [Intentionally left blank] | | |
| 135 | [Intentionally left blank] | | |
| 136 | [Intentionally left blank] | | |
| 137 | [Intentionally left blank] | | |
| 138 | [Intentionally left blank] | | |
| 139 | [Intentionally left blank] | | |
| 140 | [Intentionally left blank] | | |
| 141 | [Intentionally left blank] | | |
| 142 | [Intentionally left blank] | | |
| 143 | [Intentionally left blank] | | |
| 144 | [Intentionally left blank] | | |
| 145 | [Intentionally left blank] | | |
| 146 | [Intentionally left blank] | | |
| 147 | [Intentionally left blank] | | |
| 148 | [Intentionally left blank] | | |
| 149 | [Intentionally left blank] | | |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 150 | WSGR Invoice No. 1859976. dated August 24, 2017, for $78,526.86 | Contract Damages | Bill Bush |
| 151 | WSGR Invoice No. 1869530. dated September 22, 2017, for $63,145.51 - Redacted | Contract Damages | Bill Bush |
| 152 | WSGR Invoice No. 1877209. dated October 16, 2017, for $10,513.27 | Contract Damages | Bill Bush |
| 153 | WSGR Invoice No. 1885546. dated November 13, 2017, for $6,193.12 | Contract Damages | Bill Bush |
| 154 | WSGR Invoice No. 1895974. dated December 14, 2017, for $7,623.18 | Contract Damages | Bill Bush |
| 155 | WSGR Invoice No. 1905203. dated January 23, 2018, for $6,415.38 | Contract Damages | Bill Bush |
| 156 | WSGR Invoice No. 1914630. dated February 16, 2018, for $55,233.68 | Contract Damages | Bill Bush |
| 157 | WSGR Invoice No. 1933390. dated April 19, 2018, for $2,464.65 | Contract Damages | Bill Bush |
| 158 | WSGR Invoice No. 1942029. dated May 16, 2018, for $22,512.82 | Contract Damages | Bill Bush |
| 159 | WSGR Invoice No. 1953006. dated June 26, 2018, for $7,462.13 | Contract Damages | Bill Bush |
| 160 | WSGR Invoice No. 1971942. dated August 30, 2018, for $7,021.80 | Contract Damages | Bill Bush |
| 161 | WSGR Invoice No. 1981301. dated September 24, 2018, for $28,678.83 | Contract Damages | Bill Bush |
| 162 | WSGR Invoice No. 1988982. dated October 12, 2018, for $21,230.55 | Contract Damages | Bill Bush |
| 163 | WSGR Invoice No. 2000586. dated Novemer 19, 2018, for $73,579.83 | Contract Damages | Bill Bush |
| 164 | WSGR Invoice No. 2011907. dated December 21, 2018, for $93,143.36 | Contract Damages | Bill Bush |
| 165 | WSGR Invoice No. 2024274. dated January 29, 2019, for $23,183.80 | Contract Damages | Bill Bush |
| 166 | WSGR Invoice No. 2032705. dated February 28, 2019, for $138,475.33 | Contract Damages | Bill Bush |
| 167 | WSGR Invoice No. 2041592. dated March 26, 2019, for $129,145.74 | Contract Damages | Bill Bush |
| 168 | WSGR Invoice No. 2052531. dated April 30, 2019, for $201,435.15 | Contract Damages | Bill Bush |
| 169 | WSGR Invoice No. 2062604. dated May 31, 2019, for $176,630.39 | Contract Damages | Bill Bush |
| 170 | WSGR Invoice No. 2072087. dated June 28, 2019, for $261,775.54 | Contract Damages | Bill Bush |
| 171 | WSGR Invoice No. 2079742. dated July 19, 2019, for $245,369.73 | Contract Damages | Bill Bush |
| 172 | WSGR Invoice No. 2093462. dated August 28, 2019, for $199,682.05 | Contract Damages | Bill Bush |
| 173 | WSGR Invoice No. 2097885. dated September 27, 2019, for $24,442.25 | Contract Damages | Bill Bush |

PLAINTIFF STEM'S LIST OF EXHIBITS – 3:20-cv-02950-CRB
7

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 174 | WSGR Invoice No. 2110166. dated October 14, 2019, for $15,059.53 - Redacted | Contract Damages | Bill Bush |
| 175 | WSGR Invoice No. 2123328. dated November 19, 2019, for $7,635.60 - Redacted | Contract Damages | Bill Bush |
| 176 | WSGR Invoice No. 2142590. dated January 14, 2020, for $4,572.70 | Contract Damages | Bill Bush |
| 177 | WSGR Invoice No. 2156256. dated February 28, 2020, for $19,030.39 | Contract Damages | Bill Bush |
| 178 | WSGR Invoice No. 2162284. dated March 29, 2020, for $86,173.08 | Contract Damages | Bill Bush |
| 179 | WSGR Invoice No. 2177579. dated April 24, 2020, for $19,215.45 | Contract Damages | Bill Bush |
| 180 | WSGR Invoice No. 2187770. dated May 19, 2020, for $3,459.60 - Redacted | Contract Damages | Bill Bush |
| 181 | WSGR Invoice No. - May 2020 | Contract Damages | Bill Bush |
| 182 | WSGR Invoice No. - June 2020 | Contract Damages | Bill Bush |
| 183 | WSGR Invoice No. - July 2020 | Contract Damages | Bill Bush |
| 184 | WSGR Invoice No. - August 2020 | Contract Damages | Bill Bush |
| 185 | WSGR Invoice No. - September 2020 | Contract Damages | Bill Bush |
| 186 | WSGR Invoice No. - October 2020 | Contract Damages | Bill Bush |
| 187 | WSGR Invoice No. - November 2020 | Contract Damages | Bill Bush |
| 188 | WSGR Invoice No. - December 2020 | Contract Damages | Bill Bush |
| 189 | WSGR Invoice No. - January 2021 | Contract Damages | Bill Bush |
| 190 | WSGR Invoice No. - February 2021 | Contract Damages | Bill Bush |
| 191 | WSGR Invoice No. - March 2021 | Contract Damages | Bill Bush |
| 192 | WSGR Invoice No. - April 2021 | Contract Damages | Bill Bush |
| 193 | WSGR Invoice No. - May 2021 | Contract Damages | Bill Bush |
| 194 | WSGR Invoice No. - June - 2021 | Contract Damages | Bill Bush |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 195 | WSGR Invoice No. - July 2021 | Contract Damages | Bill Bush |
| 196 | WSGR Invoice No. - August 2021 and later | Contract Damages | Bill Bush |
| 197 | [Intentionally left blank] | | |
| 198 | WSGR - Deductions for Non-Defense Entries as of 8-31-2020 | Contract Damages | Bill Bush |
| 199 | Summary of WSGR Invoices | Contract Damages | Bill Bush |
| 200 | Covington Invoice No. 60765742, dated September 11, 2017, for $25,218.49 - Redacted | Contract Damages | Bill Bush |
| 201 | Covington Invoice No. 60770086. dated August 29, 2017, for $26,374.73 | Contract Damages | Bill Bush |
| 202 | Covington Invoice No. 60772203. dated September 13, 2017, for $14,824.94 | Contract Damages | Bill Bush |
| 203 | Covington Invoice No. 60777734. dated October 27, 2017, for $6,161.91 - Redacted | Contract Damages | Bill Bush |
| 204 | Covington Invoice No. 60780190. dated November 17, 2017, for $7,086.56 - Redacted | Contract Damages | Bill Bush |
| 205 | Covington Invoice No. 60784255. dated December 18, 2017, for $5,605.50 | Contract Damages | Bill Bush |
| 206 | Covington Invoice No. 60788078. dated January 22, 2018, for $1,455.85 | Contract Damages | Bill Bush |
| 207 | Covington Invoice No. 60789825. dated February 13, 2018, for $5,439.99 | Contract Damages | Bill Bush |
| 208 | Covington Invoice No. 60793593. dated March 15, 2018, for $79.00 | Contract Damages | Bill Bush |
| 209 | Covington Invoice No. 60797492. dated April 17, 2018, for $118.50 | Contract Damages | Bill Bush |
| 210 | Covington Invoice No. 60800919. dated May 11, 2018, for $7,325.99 - Redacted | Contract Damages | Bill Bush |
| 211 | Covington Invoice No. 60813262. dated August 10, 2018, for $1,235.00 - Redacted | Contract Damages | Bill Bush |
| 212 | Covington Invoice No. 60817162. dated September 18, 2018, for $7,050.00 | Contract Damages | Bill Bush |
| 213 | Covington Invoice No. 60819933. dated October 9, 2018, for $5,916.00 | Contract Damages | Bill Bush |
| 214 | Covington Invoice No. 60824479. dated November 14, 2018, for $7,795.00 - Redacted | Contract Damages | Bill Bush |

PLAINTIFF STEM'S LIST OF EXHIBITS – 3:20-cv-02950-CRB
9

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 215 | Covington Invoice No. 60827913. dated December 11, 2018, for $5,757.00 - Redacted | Contract Damages | Bill Bush |
| 216 | Covington Invoice No. 60832153. dated January 14, 2019, for $6,117.00 | Contract Damages | Bill Bush |
| 217 | Covington Invoice No. 60836775. dated February 21, 2019, for $29,623.00 | Contract Damages | Bill Bush |
| 218 | Covington Invoice No. 60840197. dated March 19, 2019, for $47,043.40 | Contract Damages | Bill Bush |
| 219 | Covington Invoice No. 60843068. dated April 12, 2019, for $83,786.20 - Redacted | Contract Damages | Bill Bush |
| 220 | Covington Invoice No. 60847668. dated May 17, 2019, for $24,138.16 | Contract Damages | Bill Bush |
| 221 | Covington Invoice No. 60852282. dated June 21, 2019, for $53,936.18 | Contract Damages | Bill Bush |
| 222 | Covington Invoice No. 60855640. dated July 17, 2019, for $95,024.70 | Contract Damages | Bill Bush |
| 223 | Covington Invoice No. 60859518. dated August 9, 2019, for $127,171.16 | Contract Damages | Bill Bush |
| 224 | Covington Invoice No. 60863895. dated September 20, 2019, for $8,131.85 - Redacted | Contract Damages | Bill Bush |
| 225 | Covington Invoice No. 60866382. dated October 9, 2019, for $5,007.23 | Contract Damages | Bill Bush |
| 226 | Covington Invoice No. 60871892. dated November 18, 2019, for $4,615.74 | Contract Damages | Bill Bush |
| 227 | Covington Invoice No. 60876155. dated December 17, 2019, for $1,227.30 | Contract Damages | Bill Bush |
| 228 | Covington Invoice No. 60880136. dated January 17, 2020, for $2,717.26 | Contract Damages | Bill Bush |
| 229 | Covington Invoice No. 60884837. dated February 25, 2020, for $14,992.63 | Contract Damages | Bill Bush |
| 230 | Covington Invoice No. 60887915. dated March 18, 2020, for $52.307.63 | Contract Damages | Bill Bush |
| 231 | Covington Invoice No. 60891061. dated April 16, 2020, for $12,679.01 | Contract Damages | Bill Bush |
| 232 | Covington Invoice for - April 2020 | Contract Damages | Bill Bush |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 233 | Covington Invoice for - May 2020 | Contract Damages | Bill Bush |
| 234 | Covington Invoice for - June 2020 | Contract Damages | Bill Bush |
| 235 | Covington Invoice for - July 2020 | Contract Damages | Bill Bush |
| 236 | Covington Invoice for - August 2020 | Contract Damages | Bill Bush |
| 237 | Covington Invoice for - September 2020 | Contract Damages | Bill Bush |
| 238 | Covington Invoice for - October 2020 | Contract Damages | Bill Bush |
| 239 | Covington Invoice for - November 2020 | Contract Damages | Bill Bush |
| 240 | Covington Invoice for - December 2020 | Contract Damages | Bill Bush |
| 241 | Covington Invoice for - January 2021 | Contract Damages | Bill Bush |
| 242 | Covington Invoice for - February 2021 | Contract Damages | Bill Bush |
| 243 | Covington Invoice for - March 2021 | Contract Damages | Bill Bush |
| 244 | Covington Invoice for - April 2021 | Contract Damages | Bill Bush |
| 245 | Covington Invoice for - May 2021 | Contract Damages | Bill Bush |
| 246 | Covington Invoice for - June 2021 and later | Contract Damages | Bill Bush |
| 247 | Covington - Deductions for Non-Defense Entries - 8-31-2020 | Contract Damages | Bill Bush |
| 248 | Summary of Covington Invoices - 8-31-2020 | Contract Damages | Bill Bush |
| 249 | [Intentionally left blank] | | |
| 250 | American Arbitration Association Invoice dated July 10, 2019 for $30,000.00 | Contract Damages | Bill Bush |
| 251 | Legal Pursuit, Inc. Invoice No. 3418951, dated June 10, 2019, for $735.00 | Contract Damages | Bill Bush |
| 252 | [Intentionally left blank] | | |
| 253 | [Intentionally left blank] | | |
| 254 | [Intentionally left blank] | | |
| 255 | [Intentionally left blank] | | |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 256 | Summary of Vendor Invoices | Contract Damages | Bill Bush |
| 257 | Summary of Settlement Costs | Contract Damages | Bill Bush |
| 258 | Summary of Stem's Contractual Damages | Contract Damages | Bill Bush |
| 259 | [Intentionally left blank] | | |
| 260 | Osborne & Nesbitt Contingency Fee Agreement - Redacted | Brandt Fees | Dominic Nesbitt |
| 261 | Osborne & Nesbitt Time Records - Redacted | Brandt Fees | Dominic Nesbitt |
| 262 | Osborne & Nesbitt Cost Invoice No. 22182 dated June 22, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 263 | Osborne & Nesbitt Cost Invoice No. 22184 dated July 20, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 264 | Osborne & Nesbitt Cost Invoice No. 22189 dated August 20, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 265 | Osborne & Nesbitt Cost Invoice No. 22195 dated September 1, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 266 | Osborne & Nesbitt Cost Invoice No. 22205 dated Ocober 15, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 267 | Osborne & Nesbitt Cost Balance Statement dated November 3, 2020 - Redacted | Brandt Fees | Dominic Nesbitt |
| 268 | Osborne & Nesbitt Cost Invoice No. 22226, dated January 12, 2021 - Redacted | Brandt Fees | Dominic Nesbitt |
| 269 | Osborne & Nesbitt Cost Invoice No. 22234, dated February 15, 2021 - Redacted | Brandt Fees | Dominic Nesbitt |
| 270 | Osborne & Nesbitt Cost Invoice No. 22239, dated March 11, 2021 - Redacted | Brandt Fees | Dominic Nesbitt |
| 271 | Osborne & Nesbitt Cost Invoice No. 22242, dated April 1, 2021 - Redacted | Brandt Fees | Dominic Nesbitt |
| 272 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 273 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 274 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 275 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 276 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 277 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 278 | [Reserved for cost invoice] | Brandt Fees | Dominic Nesbitt |
| 279 | Summary of Brandt Fee Claim | Brandt Fees | Dominic Nesbitt |

| No. | Exhibit | Purpose | Sponsor |
|---|---|---|---|
| 280 | [Intentionally left blank] | | |
| 281 | [Intentionally left blank] | | |
| 282 | [Intentionally left blank] | | |
| 283 | [Intentionally left blank] | | |
| 284 | [Intentionally left blank] | | |
| 285 | [Intentionally left blank] | | |
| 286 | [Intentionally left blank] | | |
| 287 | [Intentionally left blank] | | |
| 288 | [Intentionally left blank] | | |
| 289 | [Intentionally left blank] | | |
| 290 | Scottsdale Insurance Company Financial Statement for 2018 | Punitive Damages | Subpoena |
| 291 | Scottsdale Insurance Company Financial Statement for 2019 | Punitive Damages | Subpoena |
| 292 | Scottsdale Insurance Company Financial Statement for 2020 | Punitive Damages | Subpoena |
| 293 | [Intentionally left blank] | | |
| 294 | [Intentionally left blank] | | |
| 295 | [Intentionally left blank] | | |
| 296 | [Intentionally left blank] | | |
| 297 | [Intentionally left blank] | | |
| 298 | [Intentionally left blank] | | |
| 299 | [Intentionally left blank] | | |
| 300 | [Intentionally left blank] | | |

DATED: April 22, 2021     OSBORNE & NESBITT LLP


By: /s/Gary W. Osborne
    Gary W. Osborne
    Attorney for Plaintiff, STEM, INC.