**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
101 West Broadway, Suite 1330
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
gosborne@onlawllp.com
dnesbitt@onlawllp.com

Attorneys for Plaintiff, STEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, <br><br> Defendant. | CASE NO. 3:20-cv-02950-CRB <br><br> Assigned to Honorable Charles R. Breyer <br><br> **PLAINTIFF STEM, INC.'S WITNESS LIST** <br><br> PRETRIAL CONFERENCE <br> Date:  May 27, 2021 <br> Time:  2:00 p.m. <br> CTRM:  6 <br><br> TRIAL <br> Date:  June 14, 2021 <br> Time:  9:15 a.m. <br> CTRM:  6 |

Plaintiff Stem, Inc. ("Stem") submits the following Witness List pursuant to this Court's Guidelines for Civil Jury Trials and FRCP 26(a)(3)(A)(i):

/ / /

/ / /

/ / /

/ / /

| **WITNESSES EXPECTED TO BE CALLED AT TRIAL** | |
|---|---|
| John Carrington, CEO<br>Stem, Inc. | Mr. Carrington, who has been Stem's CEO since December 2013, will testify concerning Stem's business, the 2013 Series B Financing, the Buzby Loan, and the underlying lawsuit. |
| Bill Bush, CFO<br>Stem, Inc. | Mr. Bush, who is Stem's CFO, will testify concerning Stem's business, the underlying lawsuit, Stem's communications with Scottsdale, and Stem's contract and tort damages. |
| David Buzby<br>Stem, Inc. | Mr. Buzby, who is a longtime director at Stem, will testify concerning the 2010 Employment Dispute with Mr. Reineccius, the 2013 Series B Financing, and the 2017 Buzby Loan. |
| Brian Thompson | Mr. Thompson, who is Stem's founder and initial CEO, will testify concerning Stem's founding and events during the first three years of its existence, including the 2010 Employment Dispute with Mr. Reineccius. |
| Keith E. Eggleton, Esq.<br>Wilson Sonsini Goodrich & Rosati | Mr. Eggleton will testify about the underlying lawsuit and, in particular, about Wilson Sonsini Goodrich & Rosati's work, fees and costs defending Stem directors John Carrington and David Buzby against the underlying lawsuit. |
| Mitchell A. Kamin, Esq.<br>Covington & Burling LLP | Mr. Kamin will testify about the underlying lawsuit and, in particular, about Covington & Burling's work, fees and costs defending Stem's former director, Zeb Rice, against the underlying lawsuit. |
| Robert A. Taylor, CPA, ABV | Mr. Taylor has been designated by Stem as an expert to testify concerning Stem's contractual damages, prejudgment interest accrued thereon, Stem's tort damages, and the financial condition of Scottsdale as a factor in determining the appropriate amount of punitive damages.  He may also address the opinions of other experts offered herein. |
| Jim Schratz, Esq. | Mr. Schratz has been designated by Stem as an expert to testify concerning whether Scottsdale's handling of Stem's claim for a defense satisfied industry standards for proper claims handling.  He may also address the opinions of other experts offered herein. |
| Dominic S. Nesbitt, Esq.<br>Osborne & Nesbitt LLP | Mr. Nesbitt will testify about Stem's tort damages in the form of *Brandt* fees. |
| Aaron Klass<br>Scottsdale Insurance Co. | Mr. Klass will testify via deposition about his investigation of Stem's claim for a defense and what he did, and did not do, as part of that investigation. |

1  DATED: April 22, 2021                    OSBORNE & NESBITT LLP

                                            By: /s/Gary W. Osborne
                                                Gary W. Osborne
                                                Attorney for Plaintiff, STEM, INC.