UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendant. | CASE NO. 3:20-cv-02950-CRB<br><br>Assigned to: Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING STEM, INC.'S MOTION FOR LEAVE TO FILE A SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Stem, Inc.'s Motion for Administrative Relief seeking leave to file a second motion for partial summary judgment, and good cause appearing therefore, it is hereby ORDRED that:

1. Stem, Inc. is permitted to file a second motion for partial summary judgment regarding the legal measure of damages that Scottsdale must pay for breaching its duty to defend.

**IT IS SO ORDERED**.

DATED: _____       _____
                             HONORABLE CHARLES R. BREYER
                             UNITED STATES DISTRICT JUDGE