FILED

MAY 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEM, INC., a Delaware Corporation, | No. 22-15158 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-02950-CRB<br>Northern District of California,<br>San Francisco |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, | ORDER |
| Defendant-Appellant. | |
| STEM, INC., a Delaware Corporation, | No. 22-15189 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-02950-CRB |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, | |
| Defendant-Appellee. | |

Pursuant to the parties' stipulated motion (Docket Entry No. 11), these cross-appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator